■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HARRIS, Appellant. — Judgment, Supreme Court, New York County, rendered on December 14, 1978, unanimously affirmed. The order of this court entered herein on December 16, 1980 [79 AD2d 894], is vacated. No opinion. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Carro, JJ.